# ATTACHMENT 1

## COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN



7016 JUN 16 P 1:51

JON W. SANFILIPPO
CLERK

(Full name of plaintiff(s))

KEith S. BEtts

_____

_____

v.

Case Number: **16-C-0734**

(Full name of defendant(s))

_____

(to be supplied by Clerk of Court)

Christopher Schm-
Aling, Captain Wearn-
ing, Health Care
Provider, Medical Manager, Jane Doe,
And Doctor Butler.

A. PARTIES

    1.    Plaintiff is a citizen of __Wisconsin__, and is located at
                           (State)

    __717 Wisconsin Ave, Racine, WI 53403__
               (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

Attachment One (Complaint) – 1

## A. PARTIES

Defendant: Captain Wearing is a citizen of Wisconsin. Address unknown. Defendant worked for the Racine County Sheriff Department. 717 Wisconsin Ave, Racine, WI 53403

Defendant: Health Care Provider for the Racine County Jail is a private corporation of unknown state. Defendant worked for the Racine County Sheriff Department. 717 Wisconsin Ave, Racine, WI 53403

Defendant: Medical Manager, Name

A. Parties

UNKNOWN: Is A Citizen OF Wisconsin: Address Unknown. Defendant Worked For Private Health Care Provider. Employer's Name And Address Unknown/ Private Health Care Provider Employed By the Racine County Sheriff Department 717 Wisconsin Ave, Racine, WI 53403

Defendant: Jane Doe, Name Unknown is A Citizen Of Wisconsin: Address Unknown. Defendant Worked For Private Health Care Provider. Employer's Name And Address Unkown/ Private Health care Provider Employed By the Racine County Sheriff Department

Attachment one (Complaint)-3

A. Parties

717 Wisconsin Ave. Racine, WI 53403

Attachment One (Complaint) - H

2.    Defendant *Christopher Schmaling, Sheriff*
                                    (Name)

is (if a person or private corporation) a citizen of _Wisconsin_
                                              (State, if known)

and (if a person) resides at _Unknown_
                                    (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Racine County Sheriff Dept. 717_
_Wiscon Ave, Racine, WI_ (Employer's name and address, if known)
              _53403_

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Plaintiff is a Pre Trail Detainee
at the Racine County Jail.
Christopher Schmaling, Sheriff
Racine County, WI, "Has An Oblig-
ation to provide Adequate Med-
ical Care For those it is Punish-
ing by incarceration" Plaintiff
Charges this Defendant with
deliberate indifference to A

Serious Medical Need. The defendant knows of a Serious Risk to Plaintiffs health, but has Responded ineffectually by departing substantially from Accepted professional Judgement, or not at all. Defendant Actions violate the Cruel and unusual punishments clause of the Eight Amendment, deemed Applicable to State Action by interpretation of the due process clause of the Fourteenth Amendment.

Health Care Provider:
On 3/29/16, Plaintiff Sent an Inmate Request For Medical Attention Notifying Defendant of the pain that Plaintiff

Attachment One (Complaint) - 3

continued to Endure due to the hole in "his" tooth, which caused a severe tooth-ache. Plaintiff Requested to be seen by Medical Staff. Plaintiff was Eventually seen by a nurse. However, Plaintiff was never Examined by a Doctor Butler who prescribed me Ibuprofen and Antibiotics For Approx-mately one week. On 4/1/16; Plaintiff Sent an Inmate Request For Medical Attention Notifying Defendant of the severe pain From a hole / cavity in his tooth and painful sore on his Lower Right Leg. Plaintiff had been Sub-

Attachment One (complaint) - 4

mitting Inmate Request For Medical
Attention / Treatment For Approximately
10 Days, And still had not been by Medical
Staff At the Racine County Jail, Plain-
tiff Continued to Suffer in pain And
Injury due to the Inadequate
Medical Care / Treatment provided
by Health Care provider contracted
by the Racine County Sheriff's Depart-
ment. On 4/9/16, Plaintiff sent An
Inmate Request For Medical Attention
Letting Defendant Know that Plain-
tiff Continued to Suffer in severe
pain due to his tooth having A

Attachment One (complaint) - 5

a hole in it And tooth being infected.
Defendant knew that Plaintiff was
an Insulin dependent Diabetic.
Plaintiff had been Enduring this
Since 3/15/16. On 4/10/16, Plaintiff
Sent An Inmate Request to the
Medical Manager Requesting a copy
of Medical Record(s) From 1/16/16 —
4/11/16, And the Name of the Name of
Medical Doctor Employed by Health
Care providers who Ordered Ibupro-
Fen And Antibiotics without Ever
Examining Plaintiff. On 5/12/16,
Plaintiff Sent an Inmate Request

Attachment one (complaint) - 6

for Medical Attention For the severe

pain caused by the infected tooth

On 5/23/16; Plaintiff Sent an

Inmate Request For Medical Attention/

complaint letting DeFendant know that

Plaintiff had not Received his Dia-

betic Neuropathy Medication For

three Days And the burning And

Stabbing pain was intensifying in

Plaintiff's Feet(s) And Leg(s)

On 5/24/16; Plaintiff, was seen

by a Dentist And had tooth Extracted.

DeFendant: Jane Doe, is a

citizen of Wisconsin, Address

Attachment one (complaint)-7

UNKNOWN: Worked for Private Health
Care Provider, Employer's Name And
Address UNKNOWN. Employed by the
Racine County Sheriff Department
717 Wisconsin Ave, Racine, WI 53403

On the morning of 3/15/16, Plaintiff
went to the Law Library, located in
the Racine County Jail. Upon Re-
turning ("4D cellblock") At 10:20 Am., Plain-
tiff Requested his prescribed diabetic
Neuropathy and other Medications
that Plaintiff was supposed to be
Given on the morning of 3/15/16.

Deputy Sheriff "Chiapete" called Nurse "Jane Doe"/Medical Staff, and left messages on Medical Staff telephone to bring Plaintiff his morning medication. At 3:10 P.M. on 3/15/16; Nurse "Jane Doe" came to "(4D-cellblock)" and stated that is was to "Late" to provide Plaintiff with all his prescribed medications, thus causing Plaintiff to suffer in severe pain and injury from "diabetic Neu-Ropathy", and an infected tooth.

Denial of Adequate Medical

CARE/Medication constitutes Cruel and unusual punishment.

DeFendant: "Medical Manager" is a citizen of Wisconsin, Address UNKNOWN, worked For Private Health Care provider, Employer's Name and Address UNKNOWN. Employed by the Racine County Sheriff Department, 717 Wisconsin Ave., Racine, WI 53403

On 3/15/16, Plaintiff Filed a complaint with the "Medical Staff Manager" About the Denial of his

prescribed Medications). "Medical

Manager" Failed to Act in Plaintiffs

best interest which involved the

Unnecessary And wanton infliction

of pain by the "Medical Manager's"

Failure to insure that Plaintiff

Received his prescribed Medications.

. On 5/23/16, Filed a inmate Request

For Medical Attention/complaint

Letting Defendant: "Medical Manager"

Know that Plaintiff had not Recived

his "Diabetic Neuropathy" Medicat-

ion in three Days, And that the

Burning and stabbing pain was
starting to intensify in Plaintiff's
Feet(s) And Legs(s).

Defendant Captain Wearing,
is A citizen of Wisconsin, Address
UNKNOWN, Worked For the Racine
County Sheriff's Department, 717
Wisconsin Ave., Racine, WI 53403

On 3/31/16, Plaintiff Filed an Imate
Complaint with Captain Wearing, "stating
that Plaintiff had Requested Medical
Attention on 3/24/16", And had Not been
Seen As of 3/31/16, Plaintiff inForm

Attachment one (complaint) - 12

Defendant that Plaintiff continued

to suffer in severe pain due to a

hole/cavity in one of his teeth.

Plaintiff also informed Captain

Wearing of the inadequate medical

care/Treatment by the medical staff

here at the Racine County Jail.

On 4/1/16, Plaintiff filed an inmate

complaint informing Captain Wearing

that Plaintiff had sent an inmate

Request for medical attention/

Treatment over a week ago, "And

still had not been seen by medical

STAFF At the Racine County Jail as of 4/1/16. In Plaintiff's complaint to Captain Wearing on 4/1/16, Plaintiff informed Captain Wearing that Plaintiff continued to Suffer in Severe pain From hole/cavity in his tooth, And that Plaintiff was still being denied Adequate medical care/Treatment," Which constituted Cruel And unusual punishment by Defendant".

On 5/23/16, Plaintiff Filed an inmate Complaint with Captain Wearing,"informing Captain Wearing

that Plaintiff, "had Not Received" his "Diabetic Neuropathy" Medication in Four (4) Days; And that Plaintiff was suffering From burning And stabbing pain in his Feet(s) And leg(s) From Not being Given his prescribed Medication by the Medical staff At the Racine County Jail.

On 4/15/16; Plaintiff Filed an inmate Complaint with Captain Wearing Requesting that Plaintiff be Given Ample time in the Law Library to Research And Litigate "his" Legal Issue(s).

Attachment One (complaints)- 15

Plaintiff informed Captain Wearing that Plaintiff has use of the law library once every two weeks for approximately thirty (30) minutes at a time. Plaintiff informed Captain Wearing, "that the law library at the Racine County Jail is inadequate", As it does not contain the important tools for basic legal research," Nor does it provide anyone trained in law to help or assist inmates". Nor is thirty (30) minutes Every two weeks Adequate time to Research And Litigate "his"

Legal Issue(s), Captain Wearing, "Has Responded to inmate complaint(s) Filed on 3/31/16, And 4/1/16,

Government Actors may be Liable For the constitutional violations that Another committed, if the Actors "set in motion A series of Events that the deFendant(s) Knew or Reasonably Should have Known would cause others to deprive the plaintiff of his constitutional rights," thus establishing the "Requisite Causal Connection" between the government Actors

conduct And a plaintiff's constitutional
deprivations.

The Due Process Clause of the
Fourteenth Amendment secures the
Right of "Reasonable Access to the
Courts."

Captain Wleaming has Failed to
Protect Plaintiff's, And because of this
Failure/Negligance Plaintiff Suffered
Pain And Injury.

Defendant; Doctor Butler, is A
Citizen of Wisconsin, Address Unknown,
Worked For Private Health Care Provider,

Attachment one (Complaint) - 18

Employer's Name And Address Unknown.
Employed by the Racine County Sheriff's
Department 717 Wisconsin Ave., Racine,
WI 53403

On Numerous Occasion Plaintiff
Requested to be seen by "Medical
Personnel" See Exhibits "A"-"H" "M".
Doctor Butler Failed to examine Plain-
tiff At All beFore ordering Inade-
quate treatment For Plaintiff's pain
And Injury.

Plaintiff has Exhausted his Ad-
ministrative Remedies to All Claims

contained in this 42 U.S.C. § 1983 Filing.

Attachment One (complaint) - 20

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
     different from the state citizenship of every defendant, and the amount of
     money at stake in this case (not counting interest and costs) is
     $_____.

D.    RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or to
stop doing something.

I Am Suing Christopher Schmaling,
Sheriff of Racine County, WI, For
$150,000 in his indivdual And
OFFicial Capacity.
I Am Suing Captain Wearing, For
$150,000 in his indivdual and
OFFicial Capacity.
I Am Suing Health Care Provider
For $150,000 in their indivdual And
OFFicial Capacity.
I Am Suing Medical Manager,

Attachment One (Complaint) – 4

Racine County Jail, For $150,000, in "her" Indivdual and Official capacity.

I Am Suing Jane Doe, Racine County Jail, For $150,000, in "her" Indivdual and Official capacity.

I Am Suing Doctor Butler, Racine County Jail, For $150,000; in "his"/"her" indivdual and Official capacity.

Attachment One (complaint) - 5

E.    JURY DEMAND

     ☒    Jury Demand – I want a jury to hear my case.

                  OR

     ☐    Court Trial – I want a judge to hear my case.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __6ᵗʰ__ day of ___June_____ 20__16__ .

            Respectfully Submitted,


            _Keith S. Betts_
            Signature of Plaintiff

            _63714_
            Plaintiff's Prisoner ID Number

            _717 Wisconsin Ave._

            _Racine, WI 53403_
            (Mailing Address of Plaintiff)

            (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.